UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN EDWARD GILCREASE, SR | CIVIL ACTION NO. 20-cv-1322 |
| VERSUS | CHIEF JUDGE HICKS |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 45), and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' Motion for Summary Judgment (Record Document 29) is **GRANTED** and that all claims against all defendants are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of June, 2022.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT